■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOANNE AGLIATA, Appellant. [26 NYS3d 899]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered February 3, 2014. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Carni, J.P., Lindley, DeJoseph, Nemoyer and Troutman, JJ.